UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TOMMY STOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-00026-NT |
| | ) |
| CUMBERLAND FARMS, INC. | ) |
| | ) |
| Defendant. | ) |

I, David Strock, being duly sworn, state as follows:

1. I am a Shareholder with the law firm of Littler Mendelson, P.C., One Monument Square, Suite 600, Portland, Maine 04101, telephone number (207) 774-6001, and am counsel to Defendant Cumberland Farms, Inc. ("Defendant"). I submit this Affidavit in support of Defendant's Notice of Removal.

2. I make this Affidavit based upon my own personal knowledge or upon information and belief; and, so far as upon information and belief, I believe this information to be true.

3. I am submitting a complete copy of the record of this case in the state court proceeding as made prior to removal.

4. Attached as **Exhibits 1-7** is the record which contains an accurate copy of every document, of every kind and description, docketed in the matter *Tommy Stowe vs. Cumberland Farms, Inc.,* Docket No. PORSC-CV-2021-00464, before removal to this Court.

5. The record reflects every action taken in this matter by the Cumberland County Superior Court prior to removal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated:  February 10, 2022

Respectfully submitted,

*/s/ David Strock*
David Strock, (Bar No. 008846)
Timothy H. Powell, (Bar No. 006137)
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, ME  04101
207.774.6001
dstrock@littler.com
tpowell@littler.com

*Attorneys for Defendant*
*Cumberland Farms, Inc.*

## CERTIFICATE OF SERVICE

I, David Strock, hereby certify that I electronically filed the foregoing document using the CM/ECF system on the date noted below, which will send notification of such filing to the following:

Jeffrey Bennett, Esq.
LEGAL-EASE LLC, P.A.
198 Maine Mall Rd., #2
South Portland, ME 04106
(207) 805-0055
jbennett@legal-ease.com

*Attorney for Plaintiff Tommy Stowe*

Dated:  February 10, 2022

/s/ David Strock
David Strock, (Bar No. 008846)
Timothy H. Powell, (Bar No. 006137)
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, ME  04101
207.774.6001
dstrock@littler.com
tpowell@littler.com

*Attorneys for Defendant*
*Cumberland Farms, Inc.*