UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JAN 26 P 6:55

DEPUTY CLERK

TOMMY STOWE, )
)
      Plaintiff, )
)
v. ) No. 2:22-cv-00026-NT
)
CUMBERLAND FARMS, INC., )
)
      Defendant. )

## VERDICT FORM

1. Has Mr. Stowe proven to you by a preponderance of the evidence that he was fired in violation of the Maine Whistleblowers' Protection Act?

   Yes_____ No___✓_____

   *If your answer to Question #1 is "No", answer no further questions.*
   *If your answer to Question #1 is "Yes", proceed to Question #2.*

2. Is Mr. Stowe entitled to an award of damages from Cumberland Farms for emotional pain, suffering, inconvenience, mental anguish, or loss of enjoyment of life?

   Yes_____ No_____

   *If your answer to Question #2 is "No", answer no further questions.*
   *If your answer to Question #2 is "Yes", proceed to Question #3.*

3. If your response to Question 2 is YES, what amount of damages should Cumberland Farms pay Tommy Stowe?

   $ _____

Foreperson: [Signature Redacted – Original on file with the Clerk's Office]

Date: 1/26/2024