UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TOMMY STOWE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL NO. 2:22-cv-00026-NT |
| | ) |
| CUMBERLAND FARMS, INC | ) |
| | ) |
| Defendant, | ) |

## JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Nancy Torresen, United States District Judge, presiding. The issues having been duly tried and the jury having rendered its verdict on January 26, 2024; and in accordance with the Order on Defendant's Motion for Summary Judgment entered by United States District Judge Nancy Torresen on September 19, 2023;

JUDGMENT is hereby entered for the Defendant, Cumberland Farms, Inc. and against Plaintiff, Tommy Stowe.

                                                      CHRISTA K. BERRY
                                                     CLERK


                              By:    /s/ Stacey Graf
                                            Deputy Clerk

Dated: January 29, 2024